IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

          Plaintiff,                 01-CR-162 BR

          v.                   ORDER OF GARNISHMENT

JAMES ARCEDIANO,

          Defendant,

TAYLOR RESEARCH, INC.

          Garnishee.

A Writ of Garnishment, directed to garnishee, has been duly issued and served

upon the garnishee.  Pursuant to the Writ of Garnishment, the garnishee filed an

Answer on November 15, 2010, stating that at the time of the service of the Writ it had

in its possession, custody or control, personal property belonging to and due defendant,

and garnishee was indebted to defendant in the sum of $1,579.14 in disposable wages

for the period ending November 15, 2010.

On November 1, 2010, defendant was notified of his right to a hearing, and on

November 12, 2010, defendant did request a hearing.  The issue was briefed before

this court and on December 10, 2010, the court denied defendant's request for hearing, and directed the government to prepare the appropriate form of Garnishment Order.

IT IS THEREFORE ORDERED garnishee pay the remaining sum of 25% of defendant's disposable earnings, for pay period ending November 15, 2010, to plaintiff and continue to withhold and pay the United States all future payments until defendant's debt to the plaintiff ($980,687.99 as of December 14, 2010), is paid in full, or until the garnishee no longer has custody, possession, or control of any property belonging to the debtor, or until further Order of this Court, whichever comes first.

To calculate disposable earnings, subtract the following from wages, commissions, and income:  1) Federal income tax; 2) FICA tax; 3)State income tax; and 4) State statutory withholdings.

Payments shall be made at least monthly made payable to **Clerk of Court** and mailed to **United States District Court Attn:  Clerk's Office, 1000 SW Third Avenue, Suite 740, Portland, OR 97204.**

IT IS SO ORDERED this ___14th___ day of December, 2010.

_____
ANNA J. BROWN
United States District Court Judge

Presented by:

DWIGHT C. HOLTON
United States Attorney

_____
ROBERT D. NESLER
Assistant United States Attorney

PAGE 2 - GARNISHEE ORDER